Maurice L. SILVER, M.D., et al.,
Plaintiffs-Appellants,

v.

The QUEEN'S HOSPITAL, etc., et al.,
Defendants-Appellees.

Nos. 73–3074, 73–3075.

United States Court of Appeals,
Ninth Circuit.

June 18, 1975.

Rehearing and Rehearing
In Banc Denied.

Joseph A. Ryan (argued), Honolulu, Hawaii, Hayden C. Covington (argued), Cincinnati, Ohio, for plaintiffs-appellants.

Dennis E. W. O'Connor (argued), Edmund Burke (argued), Honolulu, Hawaii, for defendants-appellees.

\* Honorable Joe McDonald Ingraham, Senior U. S. Circuit Judge of the Fifth Circuit, sitting by designation.

1. See: Rule 21, Rules of the United States Court of Appeals for the Ninth Circuit.

Judge Boldt (one of six judges who participated in proceedings in the district court) published a Memorandum Decision and Order in connection with dismissal of the complaint with leave to amend. *Silver v. Queen's Hospital*, 53 F.R.D. 223 (D.Haw.1971). Appeal here does not turn on any action there taken and Judge Boldt's rulings accordingly are not here under review.

ORDER OF AFFIRMANCE

Before MERRILL, DUNIWAY and INGRAHAM,\* Circuit Judges.

For reasons that in our judgment do not warrant their publication as opinion under standards recognized by this court,[1] but are set forth in the accompanying memorandum.

Judgment is affirmed.

ON PETITION FOR REHEARING

The panel as constituted in the above case has voted to deny the petition for rehearing. The panel, with Judge Ingraham refraining from voting, has voted to reject the suggestion for a rehearing in banc.

The full court has been advised of the suggestion for an in banc hearing, and no judge of the court has requested a vote on the suggestion for rehearing in banc. Fed.R.App.P. 35(b).

The petition for rehearing is denied and the suggestion for a rehearing in banc is rejected.